

# THE THIRTEENTH COURT OF APPEALS

## 13-15-00562-CV

Abbasid, Inc. d/b/a Azhar's Oriental Rugs, Phoenician Imports, Inc., and Azhar Said, Individually and d/b/a Abbasid, Inc. and Phoenician Imports, Inc.

v.

Dale & Klein, LLP

On appeal from the
370th District Court of Hidalgo County, Texas
Trial Cause No. C-617-11-G

## JUDGMENT

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes the judgment of the trial court should be set aside and reversed and rendered. The Court orders the judgment of the trial court REVERSED and RENDERS judgment dismissing the parties' claims against each other with prejudice. Costs of the appeal are taxed against the party incurring same.

We further order this decision certified below for observance.

January 11, 2018